Daniel NARDELLO, Petitioner–Appellant,

v.

Tom L. CAREY, Respondent–Appellee.

No. 03–16275.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.*

Decided May 13, 2005.

Thomas Shelton, Esq., San Francisco, CA, for Petitioner–Appellant.

Juliet B. Haley, Esq., AGCA—Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: PREGERSON, CANBY, and THOMAS, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Daniel Nardello appeals the district court's judgment dismissing his 28 U.S.C. § 2254 petition as untimely. We have jurisdiction under 28 U.S.C. § 2253, and we vacate and remand.

Because we conclude that the certificate of appealability was improvidently granted as to the constitutional issues, we dismiss those contentions for lack of jurisdiction. *Cf. Phelps v. Alameda,* 366 F.3d 722, 728 (9th Cir.2004).

In light of *Pliler v. Ford,* 542 U.S. 225, 124 S.Ct. 2441, 159 L.Ed.2d 338 (2004), we remand for the district court to determine in the first instance whether Nardello was affirmatively misled when his first section 2254 habeas petition was dismissed without prejudice even though his Antiterrorism and Effective Death Penalty Act statute of limitations had already expired, and if so, whether he is entitled to equitable tolling. *See id.* at 2447.

DISMISSED in part; VACATED AND REMANDED in part.

Ana Paz REYES–BARRERA, Petitioner,

v.

Alberto R. GONZALES, Attorney

---

** This disposition is not appropriate for publication and may not be cited to or by the

General,* Respondent.

No. 03–70826.

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.**

Decided May 13, 2005.

Ana Paz Reyes-Barrera, Hyattsville, MD, pro se.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, CANBY, and THOMAS, Circuit Judges.

MEMORANDUM ***

Ana Paz Reyes–Barrera, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") dismissal of an immigration judge's ("IJ") denial of her application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We dismiss the petition for review.

We lack jurisdiction to consider Reyes–Barrera's challenge to the IJ's adverse credibility determination because Reyes–Barrera failed to exhaust that issue before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004). The IJ's credibility determination is dispositive of Reyes–Barrera's eligibility for asylum, withholding, and CAT relief. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156–57 (9th Cir. 2003). In addition, Reyes–Barrera has waived her contention that she is entitled to temporary protection status by failing to argue it in her opening brief to this court. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

PETITION FOR REVIEW DISMISSED.

Raymond RAMIREZ, Petitioner—Appellant,

v.

Cal TERHUNE, Director of California Department of Corrections; et al., Respondents—Appellees.

No. 01–55624.

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.*

Decided May 13, 2005.

Raymond Ramirez, Blyth, CA, pro se.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).